Erin M. Erickson
Paul N. Tranel
Brandon R. Shannon
Bohyer, Erickson, Beaudette & Tranel, PC
PO Box 7729
Missoula, MT 59807-7729
Telephone (406) 532-7800
Email: mail@bebtlaw.com

*Attorneys for Defendant Lower Valley Processing, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NEVADA JACKSON,<br><br>                Plaintiff,<br>vs.<br><br>THE DOCKS BAYSIDE, LLC d.b.a HARBOR GRILLE; LOWER VALLEY PROCESSING, INC.; RANGE LAND & CATTLE CO., LLC.; and JOHN DOES 1-4;<br><br>              <u>Defendants.</u><br>RANGE LAND & CATTLE CO., LLC,<br><br>     Cross-Claimant,<br>vs.<br><br>THE DOCKS BAYSIDE, LLC, d.b.a HARBOR GRILLE and LOWER VALLEY PROCESSING, INC.,<br><br>        Cross-Claimant Defendants. | Cause No. CV-24-00150-M-KLD<br>The Hon. Kathleen L. DeSoto<br><br><br>STIPULATION FOR DISMISSAL OF CLAIMS BETWEEN PLAINTIFF AND DEFENDANT LOWER VALLEY PROCESSING, INC., WITH PREJUDICE |

| |
|---|
| LOWER VALLEY PROCESSING, INC., <br><br>     Cross-Claimant, <br><br>     vs. <br><br> RANGE LAND & CATTLE CO., LLC, and THE DOCKS BAYSIDE, LLC, d.b.a HARBOR GRILLE, <br><br>     Cross-Claim Defendants. |

Plaintiff and Defendant Lower Valley Processing, Inc. hereby stipulate and agree that the claims made by Nevada Jackson, against Lower Valley Processing, Inc., shall be dismissed with prejudice as fully settled on the merits, each party to bear its own costs and attorneys' fees. With this dismissal, the remaining cross-claims against Lower Valley Processing are extinguished and thereby dismissed.

This stipulation shall have no effect on Plaintiff's claims against the remaining Defendants and those claims shall proceed as pled.

A proposed Order is submitted herewith.

DATED August 18th, 2025.

                                                /s/   Erin M. Erickson
                                              Erin M. Erickson
                                              BOHYER, ERICKSON, BEAUDETTE & TRANEL, PC
                                              *Attorneys for Defendant Lower Valley Processing, Inc.*

DATED August 18th, 2025.

/s/ Bill Marler
Bill Marler
*Marler Clark, Inc., PS*
*Attorneys for Plaintiff*
