IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NEVADA JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOCKS BAYSIDE, LLC d.b.a. HARBOR GRILLE,<br><br>Defendant. | CV- 24-150-M-KLD<br><br><br>ORDER |

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. 57).

Pursuant to the stipulation,

IT IS ORDERED that the above-entitled action is DISMISSED with

prejudice, each party to bear its own costs and attorney fees.

DATED this 28th day of April, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge